UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-00868-MRA-AS | Date | March 6, 2026 |
|---|---|---|---|
| Title | *Krist Yeremyan v. Warden, Adelanto ICE Processing Center et al* | | |

Present: The Honorable    MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD ISSUE**

On February 26, 2026, the Court granted Petitioner's Ex Parte Application for a Temporary Restraining Order ("TRO") and enjoined Respondents from continuing to detain Petitioner unless he is provided with an individualized bond hearing pursuant to 8 U.S.C. § 1226(a) within 7 days. ECF 7 at 8.  Respondents were ordered to file proof that the bond hearing occurred and the decision of the immigration judge and/or the release order within 10 days. *Id.*  Respondents were further ordered to show cause why a preliminary injunction should not issue and directed to file any written response no later than March 5, 2026.  *Id.* at 7-8.

On March 5, 2026, Respondents filed a response arguing that the preliminary injunction should not issue because Petitioner received his bond hearing on March 3, 2026, therefore mooting the requested preliminary injunction.  ECF 8 at 2.  Respondents attached an order from the immigration judge dated March 3, 2026, which indicated that the bond request was withdrawn by Petitioner.  ECF 8-1 at 3.

The Court **ORDERS** Petitioner to **SHOW CAUSE** why a preliminary injunction should be granted given Petitioner was provided with a bond hearing but apparently withdrew his request before receiving a determination from the immigration judge.  Petitioner shall file any written response to the Order to Show Cause no later than **March 15, 2026**.  The Court further **ORDERS** Respondents to personally serve the response filed on March 5, 2026 (ECF 8) and this Order on Petitioner.  **IT IS SO ORDERED.**

___ : ___

Initials of Deputy Clerk    mku