JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| KRIST YEREMYAN,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO ICE PROCESSING CENTER,<br>Respondent. | Case No. EDCV 26-00868-MRA(AS)<br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is DENIED as moot.

DATED: July 31, 2026

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE